UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GILBERT WEBER, et al.,

       Plaintiffs,                           Case No. 1:13–cv–00469–PLM

v.                                     Hon. Paul L. Maloney

GRAND RAPIDS, CITY OF, et al.,

       Defendants.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received May 17, 2018 and orders the Clerk to reject the miscellaneous and return the document(s) to Kenyatta Williams for the reason(s) noted below:

      Kenyatta Williams is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing.

      IT IS SO ORDERED.

Dated:  May 21, 2018                                /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          U.S. Magistrate Judge