1:13-cv-469
Paul L. Maloney
United States District Judge

RECEIVED - KZ
May 17, 2018 8:46 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

RECEIVED
2010 OCT 11 PM 1:39
COUNTY OF KALAMAZOO

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Kenyatta Williams
c/o 316 Stuart Street apt 5
Kalamazoo Territory, Michigan Republic near (49007)
Non domestic
united states of America

2010-032294  10/11/2010 01:43:01 PM
Pages: 1 of 1    FIX
KENYATTA WILLIAMS
Timothy A. Snow County Clerk/Register Kalamazoo County MI

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
1a. ORGANIZATION'S NAME
OR  KEYATTA WILLIAMS (Copyright/Tradename/Trademark)
1b. INDIVIDUAL'S LAST NAME: WILLIAMS    FIRST NAME: KENYATTA    MIDDLE NAME    SUFFIX
1c. MAILING ADDRESS: BRONSON METHODIST HOSPITAL    CITY: KALAMAZOO    STATE: MI    POSTAL CODE: 49007    COUNTRY: USA
1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LEGAL ENTITY | 1f. JURISDICTION OF ORGANIZATION: USA | 1g. ORGANIZATIONAL ID #, if any | ☑ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)
3b. INDIVIDUAL'S LAST NAME: Williams-    FIRST NAME: Kenyatta:    MIDDLE NAME    SUFFIX
3c. MAILING ADDRESS: c/o 316 Stuart Street    CITY: Kalamazoo    STATE: MI    POSTAL CODE: (49007)    COUNTRY: usA

4. This FINANCING STATEMENT covers the following collateral:

(a) all of Debtor's inventory, including all goods, merchandise, raw materials, supplies and other tangible personal property, now owned or hereafter acquired, all documents now and at any times covering or representing any of said property; (b) all of Debtor's accounts, accounts receivable, contract receivables, contract rights, notes, drafts, acceptances, instruments, chattel paper and general intangibles, and all guarantees and suretyship agreements relating thereto and all security for payment thereof, now and hereafter existing or arising; and (c) all of Debtor's equipment, including all furniture, furnishings, machinery, fixtures, storage shelves and other goods used in the conduct of Debtor's trade or business, including, but not limited to, all motor vehicles and rolling stock, now owned or hereafter acquires; Together with (a) all increased, parts, fittings, accessories, equipment, special tools and accessions now or hereafter attached thereto or used in connection therewith, and any and all replacements of all or any part thereof; (b) any profits now or hereafter acquired from or through any of the foregoing; (c) any products now or hereafter manufactured, processed, assembled, or commingled from or through any of the foregoing; and (d) any and all proceeds received should any of the foregoing be sold, exchanged, collected or otherwise of all which is hereafter called the "Collateral".

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☑ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING
6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

*[signature]* /s/ Kenyatta Williams

Kenyatta Williams

723 Summit Park CT
APT #3 Kalamazoo, MI, 49006

(313) 970-7686

5/17/2018