UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| TYRONE HIGHTOWER, et al. | ) | |
|     Plaintiffs, | ) | |
| | ) | No. 1:13-cv-469 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CITY OF GRAND RAPIDS, et al., | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
## AND
## ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE

  This lawsuit raises the question of whether an ordinance, and the manner in which it is enforced, are constitutional.  Since the parties submitted briefs on motions for summary judgment, the Court of Appeals for the State of Michigan issued an opinion in which the court considered whether an officer making an arrest had probable cause.  *People v. Maggit*, 903 N.W.2d 868 (Mich. Ct. App. 2017).  The officer alleged he had probable cause based on the ordinance that is the subject of the dispute in this case.

  Plaintiffs filed a motion for leave to cite the recently issued opinion of the state court of appeals as supplemental authority.  (ECF No. 195.)  As an exhibit to the motion, Plaintiff have attached a letter to this Court, in which they advance arguments about how the opinion affects this litigation.  (ECF No. 195-2.)  Defendants do not oppose the motion.  (ECF No. 197.)

  Defendants filed a motion for leave to respond to the arguments advanced in Plaintiffs' letter.  (ECF No. 198).  Plaintiffs do not oppose the motion.  (ECF No. 199.)

2

Accordingly, Plaintiffs' motion for leave to cite supplemental authority (ECF No. 195) and Defendants' motion for leave to file a response (ECF No. 198) are **GRANTED.  IT IS SO ORDERED.**

Date:  July 2, 2018   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge